IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PENNY L. SPIVEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:18-cv-427-JTA |
| ) | (WO) |
| ENTERPRISE CITY BOARD ) | |
| OF EDUCATION, ) | |
| ) | |
| Defendant. ) | |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered herewith, it is the ORDER, JUDGMENT, and DECREE of the Court as follows:

1. Defendant's motion for summary judgment (Doc. No. 71) is GRANTED.

2. The costs of this action are taxed as paid.

3. All pending motions are denied as moot.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 21st day of September, 2021.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE